Filed on Demand

Daniel, A Borsotti Sui Juris/Agent
Non-Resident, Non-Domestic Delivery
C/o Post Office Box 800657
Santa Clarita, California [91380]

2015 JUN -1  PM 4: 39

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**United States District Court**

**Central District of California**

## CV 15 - 04112 JAK (JCG)

Case No.: Master File:

Daniel, Borsotti

Plaintiff,

Vs.

The State of California, California
Highway Patrol, California Department Of
Motor Vehicle,   City Of Los Angeles,
Superior Court Of California (San
Fernando Court, Chatsworth Court, Van
Nuys Court,  Antelope Valley Court
County Of Los Angeles, State Of
California And Chris Smith,  Hereinafter
"Captor(s)." and reserve all rights to add
all of the unknown Jane and John Does 1-
10

Defendants

**Affidavit In The Nature Of Claim For
Trespass And Trespass On The Case
TITLE 42 1983, 1985, 1988  CIVIL RIGHTS,
TITLE 18, 241 & 242**

Re:        Case No:
                People vs. Borsotti
                Los Angeles Inferior Court

Date:
Time:
Place:

Court Room:

COMPLAINT

**Affidavit In The Nature Of Complaint hereinafter
"Claim" For Trespass and Trespass on the
Case  TITLE 42 1983, 1985, 1988 CIVIL
(Protective) RIGHTS, Title 28 132,
TITLE 18, 241 & 242**

PAID

JUN - 1 2015

Clerk, US District Court
COURT 4612

1

1

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case
TITLE 42 1983, 1985, 1988  CIVIL RIGHTS
TITLE 18, 241 & 242
Daniel, Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA**

I Daniel, A Borsotti, Sui Juris, one of the people of California[1], in this court of record[2] presenting in my proper person (living soul) by appearance decrees the law of the case as follows, see (exhibit –A-) and is fully referenced as stated herein, Law of the case and is in this "law in Action"

## INTRODUCTION AND OPENING STATEMENT

This is an action brought by Plaintiff Daniel, Borsotti against public officials acting under color of law in a civil rights violations involving wrongful arrest and wrongful detention and other causes not yet stated and:

At all times relevant herein, the defendants, all state officials acting "under color of law" and outside of their jurisdiction and willfully caused Plaintiff a damage(s) and injury(s) and in doing so desecrated clearly proven law, as those laws applies to Plaintiff's protected rights,

---

[1] "...at the Revolution, the **sovereignty devolved on the people**; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves....". CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.

"It is the public policy of this state that public agencies exist to aid in the conduct of the people's business....**The people** of this state **do not yield their sovereignty** to the agencies which serve them." California Government Code, Section 11120. Bagley-Keene Open Meeting Act.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, **while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people,** by whom and for whom all government exists and acts." Yick Wo v. Hopkins 118 U.S. 356; 6 S.Ct. 1064 (1886)

[2] . The court of record must meet all of the following requirements:
A.  The tribunal is independent of the magistrate (judge) [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]
B.  **Proceeding according to the common law** [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]
C.  Power to fine or imprison for contempt [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]
D.  **Keeps a** record of the proceedings [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]
E.  Generally has a seal [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]
CALIFORNIA CONSTITUTION ARTICLE 6 JUDICIAL SEC. 1. The judicial power of this State is vested in the Supreme Court, courts of appeal, and superior courts, **all of which are courts of record.**

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
**Daniel, Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA**

1   under the constitution, particularly, 1st, 4th, 5th, 6th 8th,  and when applicable the 14th

2   amendments and;

3

4                               **FIRST CAUSE OF ACTION**

5       I, Daniel, Borsotti hereinafter Counter-Plaintiff claimant after examining all the available

6   information to date, do not see any basis nor evidence of jurisdiction therefore, I allege that the

7   counter-defendants never had it and never proved they had it. The Counter Defendants are as

8   follows; the State of California, The California Highway Patrol acting as but not limited to

9   "Officers CHRIS SMITH (#18580), and Chris Smith and other highway patrol officers

10  (plaintiff will leave to amend), the City of Los Angeles City Attorneys, MICHAEL MEUER

11  acting as Michael Meuer,  RICHARD A. SCHMIDT  And Richard A. Schmidt; The

12  SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, THE CITY OF SAN

13  FERNANDO, City of San Fernando, The CALIFORNIA DEPARTMENT OF MOTOR

14  VEHICLE; Department of Motor Vehicle, CITY/COUNTY OF SACRAMENTO, the

15  City/County of Sacramento, CITY/COUNTY OF LOS ANGELES and City/County of Los

16  Angeles (all divisions), The CITY OF VAN NUYS, City of Van Nuys, CITY OF

17  CHATSWORTH, City of Chatsworth CITY OF LANCASTER, City of Lancaster,  the

18  CALIFORNIA HIGHWAY PATROL, California Highway Patrol hereinafter (CHP) And

19  others (unknown entities at this time) And agents/owners or employees for LARRY'S

20  TOWING SERVICE, Larry's Towing Service; And other governmental agents  and non-

21  governmental people unknown at this time; hereinafter "Captor(s) have and are acting without

22  jurisdiction and have trespassed upon Counter-Plaintiff " Borsotti And;

23  Counter-plaintiff preserves the right to amend this original complaint and add or withdraw any

24  of the co-defendants upon discovery when be known to Counter-Plaintiff (hereinafter,

25

26

27                                        3

28
─────────────────────────────────────────────
**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
**Daniel. Borsotti   vs.   THE PEOPLE OF STATE OF CALIFORNIA**

"Complainant") their appellations, titles, forenames, surnames, nicknames monikers and whereabouts and will do so upon discovery and;

## SECOND CAUSE OF ACTION

If it is fact Counter-defendants, upon lawful proof through this litigation process, did not have jurisdiction then it will be deemed that they trespassed upon Daniel, Borsotti the Counter Plaintiff to this complaint and all added amended complaints, then notwithstanding, these are some of the injuries that have happened to Counter-Plaintiff who wants compensation for such injuries as follows:

1. Trespass and or;
2. Trespass on the case and or;
3. False imprisonment and or;
4. Theft and or;
5. Kidnapping and or;
6. Deprivation of rights and or;
7. Assault and or;
8. Battery and or;
9. Falsehood and or;
10. Attempted assault with a deadly weapon and or;
11. Intentional infliction of emotional distress and or;
12. Conversion and or;
13. Malicious prosecution and or;
14. Punitive damages are sought in this matter and or;
15. Coercion and or,
16. Liable and;
17. Slander and or;
18. Borsotti reserves all protective rights to amend this complaint, and will do so upon federal courts processes and;
19. This document must be responded to by each Defendants/Co-defendants filed by affidavit with a lawful wet signature, under penalty of perjury and if this document is not answered to by each co-defendant(s) then by acquiesces and laches may occur and;

4

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
**Daniel, Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA**

**JURISDICTION AND VENUE**

20. This is an action for damages sustained by/to Daniel, Borsotti who is one of the people of California, against the State of California, California Department of Motor Vehicle, California Highway Patrol, Los Angeles Superior court(s) (hereinafter "Inferior Courts") Commissioners, magistrates, judges (hereinafter "Administrators") County or City attorneys of Los Angeles or Prosecuting attorneys of Los Angeles County, City of San Fernando, Los Angeles Police Officers and the California Highway Patrolman officers and against the City of Los Angeles, California as the employers, masters, and supervisors of the police personal, notwithstanding administrators, to assure the proper training for their personal, or to implement meaningful procedures, to discourage and prevent lawless official conduct or to take corrective actions with respect to police personal, which are sued as persons under **42 U.S.C. 1983** and;

21. This action is brought pursuant to **42 U.S.C. 1983**, 1985 and 1988, and First, Fourth, Fifth Eighth and possible 14th Amendments violations as well as Article I, Sect. 10, to the Constitution of the United States and;

22. Plaintiff evokes the jurisdiction of this court pursuant to Title 28 U.S.C. 1331 and Title 28 U.S.C. Sect. 1343 (a) (3) and (4) and;

**II   PARTIE**

23. Whether Daniel, Borsotti who originally claims as counter-plaintiff declares self as is the same as Plaintiff in this matter and may be referred to as Plaintiff, Daniel, Borsotti (hereinafter "Borsotti") is at all times relevant to the facts in this complaint was living with himself in the Los Angeles County, hereinafter (Premises) and;

24. All Counter-Defendants will be known as hereinafter, "Defendants" Co-Defendant's Chris Smith, and multiple other so-called "peace officers" at all times relevant to this complaint was a: Police Officer, Highway patrolman, commissioner, judge or magistrate or a Clerk of the Los Angeles Superior Court, City or Prosecuting attorneys for the County of Los Angeles, state of California was employed by the City of San Fernando, Van Nuys, Canoga Park, Chatsworth, Lancaster, Santa Clarita, in the city

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case
TITLE 42 1983, 1985, 1988  CIVIL RIGHTS
TITLE 18, 241 & 242
Daniel. Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA**

and county limits of Los Angeles County, state of California and; at all relevant times each was acting in such capacity as the agent, servant and employee or in each personal capacity of Defendants County of Los Angeles or state of California. Defendants were a people who trespassed upon the rights of Plaintiff on or about between January 2007 through to date And or assisted other Co-defendants by trespassing upon Borsotti's (inalienable, Civil or Constitutional) protective rights  and;

25. Defendants are to be known as residents of Los Angeles (hereinafter LA) County, California (and upon discovery will mend to show their true and correct origin) and are being sued personally as individually and in each official capacity and;

26. Defendants County of Los Angeles (hereinafter City LA) is a municipal corporation within the State of California. At all times relevant to this complaint it either directly or indirectly trained, controlled, made policy for, employed, supervised, compensated, enriched, or rewarded some or all of the named defendants/Co-defendants (Plaintiff reserves the rights to amend to add defendants when each becomes known) for their actions between January 2007 and through eternity and; The County Los Angeles is being sued as a person and;

27. Defendants of Los Angeles is a municipal corporation with the state of California. At all times relevant to this complaint it either directly or indirectly contracted, trained, controlled, made policy for, employed, supervised or revised, compensated, enriched, or rewarded some or all of the other defendants for their actions between January 2007 through eternity. The City is being sued as a person and;

28. Defendants are and not limited to: The state of California, California Department of Motor vehicle notwithstanding Sacramento, San Francisco or Los Angeles counties as state agencies, agency JEAN SHAIMOTO capacity Jean Shaimoto is being sued in her personal capacity (hereinafter "Shaimoto" hereinafter "Conspirator(s)"), all named so-called peace officers:  Sergeant  JOHN and JANE DOE  and John and Jane Doe (hereinafter "Captors"), Captain JOHN and JANE DOE and John and Jane Does (hereinafter "Captors"), Lieutenant  JOHN and JANE DOE and John and Jane Does (hereinafter "Captors"), Los Angeles Police Department (LAPD) Officer Vege (hereinafter "Captors"), Landeros (hereinafter "Captors"), Farfan (hereinafter "Captors"), Sargent Morris (#33798 hereinafter "Morris")  Chris Smith C/o California Highway Patrolman (hereinafter "Captors"), Judge Carroll Koppel (hereinafter "Koppell" hereinafter "Conspirator(s)"), Commissioner Susan K. Weiss ("Weiss" hereinafter "Conspirator(s)"), Commissioner Jeffrey M. Harkavy (hereinafter "Harkavy" hereinafter "Conspirator(s)"), Presiding Magistrate Melvin D. Sandvig

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
Daniel. Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA

(hereinafter "Sandvig" hereinafter "Conspirator(s)"),  Sharon  Lewis Miller (hereinafter "Miller" hereinafter "Conspirator(s)") Martin Gladstein (hereinafter "Gladstien" hereinafter "Conspirator(s)"), Judge Michael Ogara (hereinafter "Ogara" hereinafter "Conspirator(s)"), City Attorney Michael N. Feuer (hereinafter "Feuer" hereinafter "Conspirator(s)") Richard A. Schmidt (hereinafter "Schmidt" hereinafter "Conspirator(s)"), assisting City attorney Christine Whitaker (hereinafter "Whitaker" hereinafter "Conspirator(s)") and two more unnamed City Attorneys, (will amend upon discovery) were at all times relevant to this complaint law enforcement officers, commissioner, magistrates, judges, or the Chief Executive officers (CEO), City or Prosecuting attorneys, or Clerks, acting in such capacity as agents, servants, and/or employees or in their personal capacity of defendants County of Los Angeles or the state of California. These defendants are residents of Los Angeles County, California and are being sued individually and in their official capacities and;

29. whose vicious propensities were notorious, and who are alleged to ensure, who one by one or as altered egos of the same caused the complete deprivation of the Plaintiff's unalienable/inalienable protective rights by unlawfully trespass, usurped, committed treason and stripped the natural protective rights away from Plaintiff through (color of law) and upon the protective rights of Daniel, Borsotti by failing to uphold to their oath of Office, failed to show proof of bond upon cordial demand and abide by the Constitution of California and of the United States on behalf of the people of California and the United States of America. As to the aforementioned, the alleged defendants are all incorporated hereinafter as "Co-Conspirators," And or "Trespassers" as one and the same and have acted as altered ego of the same and;

30. Each has stolen the rights given by the almighty to the Plaintiff at birth which has been and always will be secured by the Constitution and the Bill of rights. At one point Plaintiff's (Chattels) personal property was broken into, stolen and handed over to a third party and;

31. Each has stolen from Plaintiff, through theirs or in conspiracy tactics with others lawful tender and;

32. As a direct result of Defendant(s) actions, Plaintiff Borsotti has suffered numerous damages and other expenses, and loss of constitutional protective rights to liberty and freedom. Borsotti was further traumatized, tortured and ridiculed, and lost his employments due to the actions of the Defendant(s), unlawful arrest, unlawful imprisonment, and other actions by defendants without cause and;

7

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
Daniel, Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA

33. As direct results by Defendant(s) actions, Plaintiff is seeking damages to be determined at trial, for each loss of each hour, incarcerated without his freedom and;

34. As direct results by Defendant(s) actions, Plaintiff is seeking damages to be determined for the actions directly caused to him being under extreme stress, anxiety, which has resulted in physical ailment caused directly as a result of Defendant(s) actions in the amount to be determined at trial and;

35. As a direct result by Defendant(s) actions, Plaintiff is seeking damages to be determined for actions directly cause him Intentional infliction of emotional distress and;

36. As direct results by Defendant(s) actions, Plaintiff is seeking damages to be determined for the actions directly caused to Plaintiff's loss of past employment caused directly as a result of Defendant(s) actions in the amount to be determined at trial and;

37. As direct results by Defendant(s) actions, Plaintiff is seeking damages for lack of use of his personal property, damages to be determined for the actions directly caused to Plaintiff's loss of future employment caused directly as a result of Defendant(s) actions in the amount to be determined at trial and;

38. As direct results by Defendant(s) actions, Plaintiff is seeking damages use of his pursuit of life, liberty, and happiness; damages to be determined for the actions directly caused to Plaintiff's loss of normal mobility freely and unencumbered, caused directly as a result of Defendant(s) actions in the amount to be determined at trial and;

39. Plaintiff cordially preserves the rights to demands under FRCP 38 a "jury" and upon Plaintiff's desire a jury to be presented by "Sherriff's jury of twelve of the Counter Plaintiff's peers" and;

40. Upon and when any part of this complaint is answered, it must be done point by point, item by item and the facts and law must be determined by a jury of the Plaintiff's peers, and;

41. I Daniel, Borsotti, Sui Juris, one of the people of California[1], in this court of record[2] presenting in my proper person declare all of the forgoing to have been written

8

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
**Daniel. Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA**

1 | **Wherefore,**

2 |     it is upon proof that the Counter-Defendants "Defendants" prove they in fact have subject

3 | matter and or personam jurisdiction or Counter Claimant will be forced to defend its position

4 | for punitive damages and may pursue.

5 |

6 |                                         Seal:            Claimant Daniel, Borsotti

7 |                                                          [28 USC 1746 (1)]

8 |

9 | Witness the Seal of the Court this _Thirtieth_   May, two-zero-one-five:

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 | This is to certify that a true and correct copy of the foregoing has been mailed this ___twenty-ninth__ day of –

18 | defendants __May___ two-zero-one-five, to the Defendants and Co-defendants at the following address:

19 |

20 | _____

21 | Name

22 |

23 |

24 |

25 |

26 |

27 |                                                          9

28 |

**Affidavit In The Nature Of Counterclaim For Trespass And Trespass On The Case**
**TITLE 42 1983, 1985, 1988  CIVIL RIGHTS**
**TITLE 18, 241 & 242**
Daniel, Borsotti  vs.  THE PEOPLE OF STATE OF CALIFORNIA

Daniel, A Borsotti Sui Juris/Agent
Non-Resident, Non-Domestic Delivery
C/o Post Office Box 800657
Santa Clarita, California [91380]

# United States District Court

## Central District of California

| | |
|---|---|
| THE PEOPLE OF CALIFORNIA | Case No.:  Master File: |
| Plaintiff, | **Affidavit In The Nature "Law of the Case Exhibit -A-"** |
| Vs. | |
| DANIEL ADAM BORSOTTI, | Re:      Case No: |
| _____Defendant_____ | People vs. Borsotti |
| Daniel, A. Borsotti | Los Angeles Inferior Court |
|    Counter-Plaintiff | |
|       Vs. | |
|    COUNTER DEFENDANTS | Date: |
| The State of California, California | Time: |
| Highway Patrol, California Department Of | Place: |
| Motor Vehicle,   City Of Los Angeles, | |
| Superior Court Of California (San | Court Room: |
| Fernando Court, Chatsworth Court, Van | |
| Nuys Court,  Antelope Valley Court | |
| County Of Los Angeles, State Of | |
| California And Chris Smith,  Hereinafter | |
| "Captor(s)." and reserve all rights to add | |
| all of the unknown Jane and John Does 1-1000 | |

**I.**

## LAW OF THE CASE

### Judicial Cognizance

**1.  The law of the case so far as it is not repugnant to or inconsistent with the common law is the rule of decision in this case and is decreed as follows and;**

**2.  This court takes judicial cognizance of the following and;**

**3.  JUDICIAL COGNIZANCE.  Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence.  [Black's Law Dictionary, 5th Edition, page 760.] and;**

Page 1 of 16

EXHIBIT -A- LAW OF THE CASE

4. The sovereignty of the state resides in the people thereof... [California Government Code, Section 100(a)] and;

5. The people of this state do not yield their sovereignty to the agencies which serve them. [California Government Code, Sections 11120] and;

6. The people of this State do not yield their sovereignty to the agencies which serve them. [California Government Code Section 54950.] and;

7. Laws, whether organic or ordinary, are either written or unwritten. [California Code of Civil Procedure, Section 1895.] and;

8. The organic law is the Constitution of Government, and is altogether written. Other written laws are denominated statutes. The written law of this State is therefore contained in its Constitution and statutes, and in the Constitution and statutes of the United States. [California Code of Civil Procedure, Section 1897] and;

9. A written law is that which is promulgated in writing, and of which a record is in existence. [California Code of Civil Procedure, Section 1896] and;

10. Any judicial record may be impeached by evidence of a want of jurisdiction in the Court or judicial officer, of collusion between the parties, or of fraud in the party offering the record, in respect to the proceedings. [California Code of Civil Procedure, Section 1916] and;

11. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.] and;

12. The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.] and;

13. A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. 1 Blackstone's Commentaries, 270, Chapter 7, Section 379 and;

14. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law § 298; 18 C Em.Dom. § 3, 228; 37 C Nav.Wat. §.219; Nuls § 167; 48 C Wharves § 3, 7.] and;

15. A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. 1 Blackstone's Commentaries, 270, Chapter 7, Section 379 and;

16. ....This declaration of rights may not be construed to impair or deny others retained by the people. [California Constitution, Article 1, Declaration Of Rights Sec. 24.] and;

17. The state cannot diminish rights of the people. [Hertado v. California, 100 US 516.] and;

EXHIBIT -A- LAW OF THE CASE

18. The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.] and;

19. Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.] and;

20. There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.] and;

21. Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.] and;

22. Per Preamble, California Constitution, November 11, 1889, "We, the people of the State of California, grateful to the Supreme Ruler of the Universe for our liberties, do ordain this constitution" and;

23. Per Preamble, Constitution for the United States of America, 1789, "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America" and;

24. The State of California is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. [California Constitution, Article 3, Sec. 1.] and;

25. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.] and;

26. "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; to all Cases affecting Ambassadors, other public Ministers, and Consuls; - to all Cases of admiralty and maritime Jurisdiction; - to Controversies to which the United States shall be a Party; - to controversies between two or more States; -between a State and Citizens of another State; - between Citizens of different States; - between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens, or Subjects." Constitution for the United States of America, Article III, Section 2-1 and;

27. Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be

Page 3 of 16

EXHIBIT -A- LAW OF THE CASE

fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18 USC 241] and;

28.  Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18 USC 242] and;

29.  Property rights of citizens:  All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.  [42 USC 1982] and;

30.  Civil action for deprivation of rights:  Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. [42 USC 1983] and;

31.  Conspiracy to interfere with civil rights:  Depriving persons of rights or privileges:  If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the

EXHIBIT -A- LAW OF THE CASE

conspirators.  [42 USC 1985(3)] and;

32.  **Action for neglect to prevent:  Every person who,** having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased.  But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.  [42 USC 1986] and;

33.  **(a) Applicability of statutory and common law**
The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

(b) **Attorney's fees** In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, 1985, and 1986 of this title, title IX of Public Law 92–318 [20 U.S.C. 1681 et seq.], the Religious Freedom Restoration Act of 1993 [42 U.S.C. 2000bb et seq.], the Religious Land Use and Institutionalized Persons Act of 2000 [42 U.S.C. 2000cc et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or section 13981 of this title, the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity such officer shall not be held liable for any costs, including attorney's fees, unless such action was clearly in excess of such officer's jurisdiction. [42 USC 1988] and;

34.  **COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.] and;**

35.  **COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425] and;**

36.  There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.  [28 USC § 132(a)] and;

EXHIBIT -A- LAW OF THE CASE

**37. COURT OF RECORD.** To be a court of record a court must have four characteristics, and may have a fifth. They are:

    **A.** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426] and;

    **B.** Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426] and;

    **C.** Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231] and;

    **D.** Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426] and;

    **E.** Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426] and;

**38.** "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law.  Ex parte Kearny, 56 Cal. 212; Smith v. Andrews, 6 Cal. 652; 7 Cal.Jur. 578 and;

**39. 18 USC § 401. Power of court.**  A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as—
(1)Misbehavior of any person in its presence or so near thereto as to obstruct the administration of justice;
(2)Misbehavior of any of its officers in their official transactions;
(3)Disobedience or resistance to its lawful writ, process, order, rule, decree, or command and;

**40. 18 USC § 402. Contempts constituting crimes.**  Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both.
    Such fine shall be paid to the United States or to the complainant or other party injured by the act constituting the contempt, or may, where more than one is so damaged, be divided or

EXHIBIT -A- LAW OF THE CASE

apportioned among them as the court may direct, but in no case shall the fine to be paid to the United States exceed, in case the accused is a natural person, the sum of $1,000, nor shall such imprisonment exceed the term of six months.

This section shall not be construed to relate to contempts committed in the presence of the court, or so near thereto as to obstruct the administration of justice, nor to contempts committed in disobedience of any lawful writ, process, order, rule, decree, or command entered in any suit or action brought or prosecuted in the name of, or on behalf of, the United States, but the same, and all other cases of contempt not specifically embraced in this section may be punished in conformity to the prevailing usages at law and;

41. CCP 1209. (a) The following acts or omissions in respect to a court of justice, or proceedings therein, are contempts of the authority of the court:
. . .
3. Misbehavior in office, or other willful neglect or violation of duty by an attorney, counsel, clerk, sheriff, coroner, or other person [e.g. a judge or magistrate], appointed or elected to perform a judicial or ministerial service;
4. Abuse of the process or proceedings of the court, or falsely pretending to act under authority of an order or process of the court;
5. Disobedience of any lawful judgment, order, or process of the court;
. . .
8. Any other unlawful interference with the process or proceedings of a court;
. . .
11. Disobedience by an inferior tribunal, magistrate, or officer, of the lawful judgment, order, or process of a superior court, or proceeding in an action or special proceeding contrary to law, after such action or special proceeding is removed from the jurisdiction of such inferior tribunal, magistrate, or officer and;

42. CCP 1211. (a) When a contempt is committed in the immediate view and presence of the court, or of the judge at chambers, it may be punished summarily; for which an order must be made, reciting the facts as occurring in such immediate view and presence, adjudging that the person proceeded against is thereby guilty of a contempt, and that he be punished as therein prescribed.

When the contempt is not committed in the immediate view and presence of the court, or of the judge at chambers, an affidavit shall be presented to the court or judge of the facts constituting the contempt, or a statement of the facts by the referees or arbitrators, or other judicial officers. ... and;

43. The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] and;

44. ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law.... [Confirmatio Cartarum, November 5, 1297, *Sources of Our Liberties* Edited by Richard L. Perry, American Bar Foundation] and;

45. Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. [Magna Carta, Article 34].

46. 28 USC 2201, Creation of Remedy. (a) In a case of actual controversy within its jurisdiction, ... any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration,

EXHIBIT -A- LAW OF THE CASE

whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such and;

47. 28 USC 2202 – Further Relief. Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment and;

48. Hess and Walsh v. Port Auth. Trans-Hudson Corp., 513 U.S. 30, 115 S.Ct. 394, 130 L.Ed.2d 245 (1994). "...Eleventh Amendment's twin reasons for being: the States' dignity and their financial solvency. ..." Neither is implicated here. First, there is no genuine threat to the dignity of the state of California, and second, there are no monetary damages demanded to impact the state's financial solvency and;

49. "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record." Ex parte Kearny, 55 Cal. 212; 7 Cal.Jur 579  and;

50. "But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be." Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barratt, 5 Cal. 195; 7 Cal. Jur. 579 and;

51. "And if at a later time its acts are shown to have been in excess of the power conferred upon it or without the limits of this special jurisdiction, such acts are nugatory and have no binding effect, even upon those who have invoked its authority or submitted to its decision." Estate of Sutro, 143 Cal. 487, 77 Pac. 402; Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Long v. Superior Court, 102 Cal. 449, 36 Pac. 807; Neary v. Godfrey, 102 Cal. 338, 36 Pac. 655; Smith v. Westerfield, 88 Cal. 374, 26 Pac. 206; Umbarger v. Chaboya, 49 Cal. 525; 7 Cal.Jur. 579 and;

52. Void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, or order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that party is properly before court, People ex rel. Brzica v. Village of Lake Barrington, 644 N.E.2d 66 (Ill.App. 2 Dist. 1994) and;

53. While voidable orders are readily appealable and must be attacked directly, void order may be circumvented by collateral attack or remedied by mandamus, Sanchez v. Hester, 911 S.W.2d 173, (Tex.App. - Corpus Christi 1995) and;

54. Special Assumpsit – for the recovery of damages for the breach of a simple contract, either express or implied in fact. the term "special contract" is often used to denote an express or explicit contract as contrasted with a promise implied in law.  Consideration is the test of whether there was sufficient ground to enforce the promise.  It is the proper remedy for the breach of any simple or unsealed contract, whether the contract is verbal or written, or whether it is for the payment of money, or for the performance of some other act, as to render services or deliver goods, or for the forbearance to do some act.  A promise either given in fact or implied by law is essential.  Koffler:  Common Law Pleading, 318-319 (1969)

55. Indebitatus Assumpsit – Indebitatus or General Assumpsit is brought for the breach of a fictitious or implied promise raised by operation of law from a debt founded upon an

EXHIBIT -A- LAW OF THE CASE

executed consideration.  The basis of the action is the promise implied by law from the performance of the consideration, or from a debt or legal duty resting upon the defendant. Koffler:  Common Law Pleading, 337 (1969) and;

56.  Account – The action of account lies where one has received goods or money for another in a fiduciary capacity, to ascertain and recover the balance due.  It can only be maintained where there is such a relationship between the parties, as to raise an obligation to account, and where the amount due is uncertain and unliquidated.  Koffler:  Common Law Pleading, 310 (1969)
In practice.  In Equity.  Jurisdiction concurrent with courts of law is taken over matters of account.  In addition to these peculiar grounds of jurisdiction, equity will grant a discovery in cases of account on the general principles regulating discoveries, and will afterwards proceed to grant full relief in many cases.  1 Bouvier's Law Dictionary 54 (1867) and;

57.  Covenant – the action of covenant lies for the recovery of damages for breach of a covenant, that is a promise under seal, whether the damages are liquidated or unliquidated. When the damages are unliquidated, it is the only proper form of action.  Koffler:  Common Law Pleading, 303 (1969) and;

58.  42 USC § 12203. Prohibition against retaliation and coercion
(a) Retaliation No person shall discriminate against any individual because such individual has opposed
any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter.
(b) Interference, coercion, or intimidation
It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter.
(c) Remedies and procedures The remedies and procedures available under sections 12117, 12133, and 12188 of this title shall be available to aggrieved persons for violations of subsections (a) and (b) of this section, with respect to subchapter I, subchapter II and subchapter III of this chapter, respectively and;

59.  CCP 1209.  (a) The following acts or omissions in respect to a court of justice, or proceedings therein, are contempts of the authority of the court:
                        . . .
                3.  Misbehavior in office, or other willful neglect or violation of duty by an attorney, counsel, clerk, sheriff, coroner, or other person [e.g. a judge or magistrate], appointed or elected to perform a judicial or ministerial service;
                4.  Abuse of the process or proceedings of the court, or falsely pretending to act under authority of an order or process of the court;
                5.  Disobedience of any lawful judgment, order, or process of the court;
                        . . .
                8.  Any other unlawful interference with the process or proceedings of a court;
                        . . .
                11. Disobedience by an inferior tribunal, magistrate, or officer, of the lawful judgment, order, or process of a superior court, or proceeding in an action or special proceeding contrary to law, after such action or special proceeding is removed from the jurisdiction of such inferior tribunal, magistrate, or officer.

60.  CCP 1211.  (a) When a contempt is committed in the immediate view and presence of the

Page 9 of 16
EXHIBIT -A- LAW OF THE CASE

court, or of the judge at chambers, it may be punished summarily; for which an order must be made, reciting the facts as occurring in such immediate view and presence, adjudging that the person proceeded against is thereby guilty of a contempt, and that he be punished as therein prescribed.

   When the contempt is not committed in the immediate view and presence of the court, or of the judge at chambers, an affidavit shall be presented to the court or judge of the facts constituting the contempt, or a statement of the facts by the referees or arbitrators, or other judicial officers. ... and;

61.  42 U.S.Code Chapter 126 – Equal Opportunity for Individuals with Disabilities, 42 U.S.C. 12101, et seq. and;

62.  "Since when have we Americans been expected to bow submissively to authority and speak with awe and reverence to those who represent us? The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents. We who have the final word can speak softly or angrily. We can seek to challenge and annoy, as we need not stay docile and quiet." Colten v. Kentucky, 407 U.S. 104, 122; 92 S.Ct. 1953, 32 L.Ed.2d 584 (1972) Mr. Justice Douglas dissenting and;

63.  Whereas, the people of California have presented a constitution....and which, on due examination, is found to be republican in its form of government.... [Act [of Congress] for the Admission of California Into the Union, Volume 9, Statutes at Large, Page 452.] and;

64.  If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action and;

65.  The singular includes the plural and the plural the singular and;

66.  The present tense includes the past and future tenses; and the future the present, and the past the present and;

67.  The masculine gender includes the feminine and neuter and;

68.  42 USC § 1320d–6 - Wrongful disclosure of individually identifiable health information
(a) Offense
A person who knowingly and in violation of this part—
(1) uses or causes to be used a unique health identifier;
(2) obtains individually identifiable health information relating to an individual; or
(3) discloses individually identifiable health information to another person, shall be punished as provided in subsection (b) of this section. For purposes of the previous sentence, a person (including an employee or other individual) shall be considered to have obtained or disclosed individually identifiable health information in violation of this part if the information is maintained by a covered entity (as defined in the HIPAA privacy regulation described in section 1320d–9 (b)(3) of this title) and the individual obtained or disclosed such information without authorization.
(b) Penalties
A person described in subsection (a) of this section shall—
(1) be fined not more than $50,000, imprisoned not more than 1 year, or both;

EXHIBIT -A- LAW OF THE CASE

(2) if the offense is committed under false pretenses, be fined not more than $100,000, imprisoned not more than 5 years, or both; and

(3) if the offense is committed with intent to sell, transfer, or use individually identifiable health information for commercial advantage, personal gain, or malicious harm, be fined not more than $250,000, imprisoned not more than 10 years, or both.

69.  42 USC § 1320d-2 and 45 CFR Part 162 and;

## CALIFORNIA FAMILY CODE

### Division 6. NULLITY, DISSOLUTION, AND LEGAL SEPARATION

### Part 1. GENERAL PROVISIONS

### Chapter 9. DISCLOSURE OF ASSETS AND LIABILITIES

### Family Code section 2107

(a) If one party fails to serve on the other party a preliminary declaration of disclosure under Section 2104 or a final declaration of disclosure under Section 2105, or fails to provide the information required in the respective declarations with sufficient particularity, and if the other party has served the respective declaration of disclosure on the noncomplying party, the complying party may, within a reasonable time, request preparation of the appropriate declaration of disclosure or further particularity.

(b) If the noncomplying party fails to comply with a request under subdivision (a), the complying party may do one or more of the following:.

(1) File a motion to compel a further response.

(2) File a motion for an order preventing the noncomplying party from presenting evidence on issues that should have been covered in the declaration of disclosure.

(3) File a motion showing good cause for the court to grant the complying party's voluntary waiver of receipt of the noncomplying party's preliminary declaration of disclosure pursuant to Section 2104 or final declaration of disclosure pursuant to Section 2105. The voluntary waiver does not affect the rights enumerated in subdivision (d).

EXHIBIT -A- LAW OF THE CASE

**(c)** If a party fails to comply with any provision of this chapter, the court shall, in addition to any other remedy provided by law, impose money sanctions against the noncomplying party. Sanctions shall be in an amount sufficient to deter repetition of the conduct or comparable conduct, and shall include reasonable attorney's fees, costs incurred, or both, unless the court finds that the noncomplying party acted with substantial justification or that other circumstances make the imposition of the sanction unjust and;

**(d)** Except as otherwise provided in this subdivision, if a court enters a judgment when the parties have failed to comply with all disclosure requirements of this chapter, the court shall set aside the judgment. The failure to comply with the disclosure requirements does not constitute harmless error. If the court granted the complying party's voluntary waiver of receipt of the noncomplying party's preliminary declaration of disclosure pursuant to paragraph (3) of subdivision (b), the court shall set aside the judgment only at the request of the complying party, unless the motion to set aside the judgment is based on one of the following:

**(1)** Actual fraud if the defrauded party was kept in ignorance or in some other manner was fraudulently prevented from fully participating in the proceeding and;

**(2)** Perjury, as defined in Section 118 of the Penal Code, in the preliminary or final declaration of disclosure, in the waiver of the final declaration of disclosure, or in the current income and expense statement and;

**(e)** Upon the motion to set aside judgment, the court may order the parties to provide the preliminary and final declarations of disclosure that were exchanged between them. Absent a court order to the contrary, the disclosure declarations shall not be filed with the court and shall be returned to the parties and;

**70.**  42 U.S.C. § 12131 thru 42 U.S.C. § 12134 **and;**

Prohibition Against Discrimination and Other Generally Applicable Provisions **and;**

**71.**  Munson v. Del Taco, Inc., 208 P.3d 623, 94 Cal.Rptr.3d 685, 46 Cal. 4th 661 (Cal., 2009) **and;**

**Nielson v. Colgate-Palmolive, 199 F.3d 642 (2nd** Cir., 1999) **and;**

**72. American Bar Association Commission on Domestic Violence and the United States Department of Justice in their Webinar, Grant No. 2004-WT-AX-K078 2009,** urge supportive and safe judicial environments.  The trend is toward moving to a social rather than a medical model for providing accommodations.  The attitude is to generally promote near-normal functioning and a fair court process for all people **and;**

EXHIBIT -A- LAW OF THE CASE

**Courts are asked to, without special accommodations requested, assure the most-basic of human rights are provided:  security, respect, dignity, the opportunity to pursue rights in a fair forum with a fair process, and the freedom from any type of degrading or disrespectful treatment.  This is affirmed by the Universal Declaration of Human Rights, 1948, and the Convention on the Elimination of All Forms of Discrimination Against Women, 1979 (Neustein and Lesher, 1993)** and;

73. **American Bar Association Commission on Domestic Violence and the United States Department of Justice in their Webinar, Grant No. 2004-WT-AX-K078 200:**  All women who have been victims of abusive marriages are also hyper-sensitive to judicial responses to them.  Appropriate environments can be established by respecting basic human needs such as those depicted on the "Judicial Responses" wheel attached as Appendix B (James Ptacek, "Battered Women in the Courtroom: The Power of Judicial Responses," Northeastern University Press, 1999).  These needs include:  prioritizing safety, supportive judicial demeanor, listening, recognizing the complexity of a victim's circumstances and choices, providing advocates, taking domestic violence seriously, communicating zero tolerance for domestic violence including coercive intimidating or exploitative behaviors **and;**

42 U.S.C. § 12203. Prohibition against retaliation and coercion

(a) **Retaliation.** No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter **and;**

(b) **Interference, coercion, or intimidation.** It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter **and;**

(c) **Remedies and procedures.** The remedies and procedures available under sections 12117, 12133, and 12188 of this title shall be available to aggrieved persons for violations of subsections (a) and (b) of this section, with respect to subchapter I, subchapter II and subchapter III of this chapter, respectively **and;**

=============================

Tennessee v. Lane, 541 U.S. 509 (2004)

*Held:* As it applies to the class of cases implicating the fundamental right of access to the courts, Title II constitutes a valid exercise of Congress' authority under § 5 of the Fourteenth Amendment to enforce that Amendment's substantive guarantees. Pp. 516-534 **and;**

Page 13 of 16

EXHIBIT -A- LAW OF THE CASE

(a) Determining whether Congress has constitutionally abrogated a State's Eleventh Amendment immunity requires resolution of two predicate questions: (1) whether Congress unequivocally expressed its intent to abrogate; and (2), if so, whether it acted pursuant to a valid grant of [541 U.S. 510] constitutional authority. *Kimel* v. *Florida Bd. of Regents,* 528 U. S. 62, 73. The first question is easily answered here, since the ADA specifically provides for abrogation. See § 12202. With regard to the second question, Congress can abrogate state sovereign immunity pursuant to a valid exercise of its power under § 5 of the Fourteenth Amendment. *E. g., Fitzpatrick* v. *Bitzer,* 427 U. S. 445, 456. That power is not, however, unlimited. While Congress must have a wide berth in devising appropriate remedial and preventative measures for unconstitutional actions, those measures may not work a "substantive change in the governing law." *City of Boerne* v. *Flores,* 521 U. S. 507, 519. In *Boerne,* the Court set forth the test for distinguishing between permissible remedial legislation and unconstitutional substantive redefinition: Section 5 legislation is valid if it exhibits "a congruence and proportionality" between an injury and the means adopted to prevent or remedy it. *Id.,* at 520. Applying the *Boerne* test in *Garrett,* the Court concluded that ADA Title I was not a valid exercise of Congress' § 5 power because the historical record and the statute's broad sweep suggested that Title I's true aim was not so much enforcement, but an attempt to "rewrite" this Court's Fourteenth Amendment jurisprudence. 531 U. S., at 372–374. In view of significant differences between Titles I and II, however, *Garrett* left open the question whether Title II is a valid exercise of Congress' § 5 power, *id.,* at 360, n. 1. Pp. 517–522 **and;**

(b) Title II is a valid exercise of Congress' § 5 enforcement power. Pp. 522–534 **and;**

(1) The *Boerne* inquiry's first step requires identification of the constitutional rights Congress sought to enforce when it enacted Title II. *Garrett,* 531 U. S., at 365. Like Title I, Title II seeks to enforce the Fourteenth Amendment's prohibition on irrational disability discrimination. *Id.,* at 366. But it also seeks to enforce a variety of other basic constitutional guarantees, including some, like the right of access to the courts here at issue, infringements of which are subject to heightened judicial scrutiny. See, *e. g., Dunn* v. *Blumstein,* 405 U. S. 330, 336–337. Whether Title II validly enforces such constitutional rights is a question that "must be judged with reference to the historical experience which it reflects." *E. g., South Carolina* v. *Katzenbach,* 383 U. S. 301, 308. Congress enacted Title II against a backdrop of pervasive unequal treatment of persons with disabilities in the administration of state services and programs, including systematic deprivations of fundamental rights. The historical experience that Title II reflects is also documented in the decisions of this and other courts, which have identified

Page 14 of 16

EXHIBIT -A- LAW OF THE CASE

unconstitutional treatment of disabled persons by state agencies in a variety of public programs and services. With respect to the particular services at issue, Congress learned that many individuals, in many States, were being excluded from courthouses and court proceedings by reason of their disabilities **and;**

[541 U.S. 511]

A Civil Rights Commission report before Congress showed that some 76% of public services and programs housed in state-owned buildings were inaccessible to and unusable by such persons. Congress also heard testimony from those persons describing the physical inaccessibility of local courthouses. And its appointed task force heard numerous examples of their exclusion from state judicial services and programs, including failure to make courtrooms accessible to witnesses with physical disabilities. The sheer volume of such evidence far exceeds the record in last Term's *Nevada Dept. of Human Resources* v. *Hibbs,* 538 U. S. 721, 728-733, in which the Court approved the family-care leave provision of the Family and Medical Leave Act of 1993 as valid § 5 legislation. Congress' finding in the ADA that "discrimination against individuals with disabilities persists in such critical areas as . . . access to public services," § 12101(a)(3), together with the extensive record of disability discrimination that underlies it, makes clear that inadequate provision of public services and access to public facilities was an appropriate subject for prophylactic legislation. Pp. 522-529 **and;**

    (2) Title II is an appropriate response to this history and pattern of unequal treatment. Unquestionably, it is valid § 5 legislation as it applies to the class of cases implicating the accessibility of judicial services. Congress' chosen remedy for the pattern of exclusion and discrimination at issue, Title II's requirement of program accessibility, is congruent and proportional to its object of enforcing the right of access to the courts. The long history of unequal treatment of disabled persons in the administration of judicial services has persisted despite several state and federal legislative efforts to remedy the problem. Faced with considerable evidence of the shortcomings of these previous efforts, Congress was justified in concluding that the difficult and intractable problem of disability discrimination warranted added prophylactic measures. *Hibbs,* 538 U. S., at 737. The remedy Congress chose is nevertheless a limited one. Recognizing that failure to accommodate persons with disabilities will often have the same practical effect as outright exclusion, Congress required the States to take reasonable measures to remove architectural and other barriers to accessibility. § 12132. But Title II does not require States to employ any and all means to make judicial services accessible or to compromise essential eligibility criteria for public programs. It requires only "reasonable modifications" that would not fundamentally alter the nature of the service provided,

and only when the individual seeking modification is otherwise eligible for the service. *Ibid.* Title II's implementing regulations make clear that the reasonable modification requirement can be satisfied in various ways, including less costly measures than structural changes. This duty to accommodate is perfectly consistent with the well-established due process principle that, within the limits of practicability, a State [541 U.S. 512]  must afford to all individuals a meaningful opportunity to be heard in its courts. *Boddie* v. *Connecticut,* 401 U. S. 371, 379. A number of affirmative obligations flow from this principle. Cases such as *Boddie, Griffin* v. *Illinois,* 351 U. S. 12, and *Gideon* v. *Wainwright,* 372 U. S. 335, make clear that ordinary considerations of cost and convenience alone cannot justify a State's failure to provide individuals with a meaningful right of access to the courts. Judged against this backdrop, Title II's affirmative obligation to accommodate is a reasonable prophylactic measure, reasonably targeted to a legitimate end. Pp. 530-534 **and;**

**Wherefore,**

it is upon proof that the Counter-Defendants "Defendants" prove they in fact have subject matter and or personam jurisdiction or Counter Claimant will be forced to defend its position for punitive damages and may pursue.

Seal:          Claimant Daniel, Borsotti
                       [28 USC 1746 (1)]

Witness the Seal of the Court this *Thirtieth*  May, two-zero-one-five:



This is to certify that a true and correct copy of the foregoing has been mailed this     twenty-ninth day of –defendant's    May     two-zero-one-five, to the Defendants and Co-defendants at the following address:

Name

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
                       ) ss

County of )

Subscribed and sworn to (or affirmed) before me on this _30_ day of _MAY_ , 20_15_ , by

_Daniel A. Borsotti_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me.

_T.K. Yaghoubian_                   (Seal)
Signature

FRED K. YAGHOUBIAN
Commission # 1958095
Notary Public - California
Los Angeles County
My Comm. Expires Nov 11, 2015

## PROOF OF SERVICE - Personal

# United States District Court Central District of California

I am employed in the County of Los Angeles, state of California Republic. I am over the age of eighteen (18); My business Address is C/o **Post Office Box 800657 Santa Clarita, California [91380].**
        On or about **May Thirtieth -one, two-zero-one-five,**   the following documents described as;

**"Daniel, Borsotti's Affidavit In The Nature "Law of the Case Exhibit - A,"- and "Affidavit In The Nature Of Claim For Trespass And Trespass On The Case TITLE 42 1983, 1985, 1988 CIVIL RIGHTS, TITLE 18, 241 & 242"; IN BODIES OF DOCUMENTS"** Served to the following people as follows;

**Vege** #40068, C/o Los Angeles Police Department, Topanga Patrol Division, 21501 Schoenborn Street, Canoga Park, California 91304; **Farfan** #39440, C/o Los Angeles Police Department, West Valley Area, West Valley Patrol Division, 19020 Vanowen Street, Reseda, California 91335; **Landeros** # 41530, C/o Los Angeles Police, Department, Topanga Patrol Division, 21501 Schoenborn Street, Canoga Park, California 91304; **Phillip Sperling** C/o District Attorney Assistance, Head Deputy, 6230 Sylmar Avenue # 201, Van Nuys, California 91401; **Jean Shaimoto,** C/o Program Manager, Department of Motor Vehicles (DMV), Post Office Box 932345, Sacramento, California. 94232; **Jeffrey M. Harkavy,** C/o Superior Court of the state of California, North Valley District, Chatsworth Courthouse, 9425 Penfield Avenue, Chatsworth, California 91311; **Melvin D. Sandvig,** C/o Superior Court of the state of California, North Valley District, Chatsworth Courthouse, 9425 Penfield Avenue. Chatsworth, California 91311; **Susan K. Weiss,** C/o Superior Court of the state of California, North Valley District, Chatsworth Courthouse, 9425 Penfield Avenue, Chatsworth, California 91311; Christine Whitaker, C/o OFFICE OF CITY ATTORNEY Suite # 450, C/o 6262 Van Nuys Boulevard, Van Nuys, California 91401; **Carol Koppel,** Chambers of Presiding justice, The Superior Court, 42011 4th Street West, Lancaster, California 93534-7182; **John Jumelet,** C/o Larry's Towing Service, 1900 First Street, San Fernando, California 91340; **Morris** #33798, C/o State of California, County of Los Angeles, Van Nuys Jailhouse West, 14400 Erwin Street, Van Nuys, California 91401; **Jean Shaimoto, C/o** DEPARTMENT OF MOTOR VEHICLE, NEWHALL CALIFORNIA OFFICE 24427 Newhall Avenue, Newhall California 91321; **Sharon Lewis Miller;** San Fernando Court, Department: M, 900 Third Street, San Fernando, California 91340; **Michael Ogara** C/o San Fernando Court, Department:   A, 900 Third Street, San Fernando, California 91340; **Chris Smith,** C/o California Highway Patrol, West Valley Area-580, 5825 Desoto Avenue, Woodland Hills, California 91367; **Richard A. Schmidt,** C/o Supervising Attorney, OFFICE OF CITY ATTORNEY Suite # 450,  6262 Van Nuys Boulevard, Van Nuys, California 91401; **Michael Henderson,** C/o Los Angeles Police Department, West Valley Area, West Valley Patrol Division, 19020 Vanowen Street, Reseda, California 91335; **Mike Feuer,** C/o  City Attorney, OFFICE OF CITY ATTORNEY Suite # 450, C/o 6262 Van Nuys Boulevard, Van Nuys, California 91401; Kamala Devi Harris C/o Attorney General Office, California Department of Justice, Public Inquiry Unit, Post Office Box 945255, Sacramento, California 9424, U.S. District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012  and; C.c.,  other governmental & Non-governmental entities restricted to this list!

The undersigned caused said documents to be placed in an bundled and delivered in the stated manner, in the State of California at, _ Los Angeles County, California.
    I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this **May Thirtieth** , day two-zero-one-five, at Los Angeles County, California.

**SEAL:**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

Daniel, Borsotti

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Chris Smith (See attached Proof of Service list)

**(b)** County of Residence of First Listed Plaintiff  Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Daniel, Borsotti c/o
Post office Box 800651
Santa Clarita, California [91380]

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No    ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Trespass, Trespass on the case, Title 42, 1983, 1985, 1988, civil (protected) Rights, Title 28, 132 & Title 18, 241 & 242

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☒ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☒ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☒ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☒ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☒ 190 Other Contract | ☒ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☒ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☒ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number:  **CV15-04112**

CV-71 (10/14)    CIVIL COVER SHEET    Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes ☒ No | | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | | ☐ Orange | Southern |
| | | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.? | |
|---|---|---|
| ☐ Yes ☒ No | check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | check one of the boxes to the right ➡ | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? | |
|---|---|---|
| ☐ Yes ☒ No | check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | check one of the boxes to the right ➡ | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of plaintiffs who reside in this district reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of defendants who reside in this district reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | *Western* |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

IX(a). IDENTICAL CASES: Has this action been previously filed in this court?          ☒ NO    ☐ YES

If yes, list case number(s): _____

IX(b). RELATED CASES: Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?
          ☒ NO    ☐ YES

If yes, list case number(s): _____

Civil cases are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☒  C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

X.  SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):  _____        DATE  05-01-2015

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |