UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-4112 JAK (JCG) | Date | July 1, 2015 |
|---|---|---|---|
| Title | *Daniel A. Borsotti v. State of California, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: | |
| None Appearing | None Appearing | |

**Proceedings:** (IN CHAMBERS) ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS

The Court is in receipt of (1) a motion to dismiss and motion for a more definite statement filed by defendant Chris Smith ("Smith Motion"), noticed for hearing on July 30, 2015, and (2) a motion to dismiss filed by defendant Superior Court of California, County of Los Angeles ("Superior Court Motion"), noticed for hearing on August 13, 2015.

IT IS ORDERED THAT:

1. The hearings set for July 30, 2015, and August 13, 2015, are **VACATED**.

2. Plaintiff's opposition or notice of non-opposition to the Smith Motion **and** the Superior Court Motion must be filed and served no later than **July 31, 2015**. Plaintiff is cautioned that his failure to timely oppose the Smith Motion and/or the Superior Court Motion may be deemed consent to the granting of such Motion(s).

3. Defendants Chris Smith and Superior Court of California, County of Los Angeles, shall each file a serve a reply memorandum no later than **August 14, 2015**.

4. Unless the Court orders otherwise, this case will be deemed submitted, without oral argument, on either: (a) the day the opposition or notice of non-opposition is filed, or otherwise due and not filed; or (b) the day the replies are filed, or due and not filed.

5. The Court may order further briefing or other proceedings, at any time, as necessary or appropriate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-4112 JAK (JCG) | Date | July 1, 2015 |
|---|---|---|---|
| Title | *Daniel A. Borsotti v. State of California, et al.* | | |

cc: Parties of Record

                                                  00 : 00

Initials of Clerk      kh