JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. BORSOTTI, | Case No. CV 15-04112 JAK (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

The following IS ORDERED AND ADJUDGED:

(1) The action is dismissed with prejudice as to the federal claims asserted against: (i) the Judicial Defendants -- the Honorable Melvin Sandvig, the Honorable Michael O'Gara, the Honorable Carol Koppel, the Honorable Jeffrey M. Harkavy, the Honorable Martin R. Gladstein, the Honorable Susan K. Weiss, the Honorable Sharon Lewis Miller, and the Superior Court of California, County of Los Angeles, erroneously sued as Superior Court of California San Fernando Court, Chatsworth Court, Van Nuys Court, Antelope Valley Court; and (ii) Christine Whitaker;

(2) The action is dismissed without leave to amend but without prejudice as

to: (i) the federal claims asserted against the City Defendants Luis Farfan, Marisol Landeros and Christopher Vege; (ii) the federal claims asserted against Chris Smith; (iii) the claims for injunctive and declaratory relief; and (iv) the state law claims.

DATED: May 16, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE